UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL WILSON | * | CIVIL ACTION NO. 16-1263 |
| | * | |
| | * | SECTION: "N"(1) |
| VERSUS | * | |
| | * | JUDGE KURT D. ENGELHARDT |
| JAMES INDUSTRIAL CONTRACTORS | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************** | * | |

ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the Rule 37 and Rule 41 Motion for Sanctions and to Dismiss filed by James Industrial (Rec. Doc. 21) is GRANTED; the Complaint of Michael Wilson is hereby dismissed.

New Orleans, Louisiana, this 11th day of January, 2017.

                                                KURT D. ENGELHARDT
                                                UNITED STATES DISTRICT JUDGE